ACCEPTED
07-15-00266-cv
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
9/17/2015 2:56:44 PM
Vivian Long, Clerk

# CASE NO. 07-15-00266-CV

# IN THE SEVENTH COURT OF APPEALS
# AT AMARILLO, TEXAS

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS
9/17/2015 2:56:44 PM
VIVIAN LONG
CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CITY OF GLEN ROSE, TEXAS and
THE BOARD OF ADJUSTMENT OF THE CITY OF GLEN ROSE, TEXAS,**
*Appellants,*

**v.**

**ERNEST and SHIRLEY REINKE,**
*Appellees.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Appeal from Cause No. C10381
in the 249th Judicial District of Somervell County,
the Honorable William Bosworth, Presiding

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## APPELLANTS' FIRST MOTION FOR
## EXTENSION OF TIME TO FILE BRIEF

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Fredrick "Fritz" Quast
fquast@toase.com
Texas Bar No. 24032974
Wayne K. Olson
wolson@toase.com
Texas Bar No. 15276900
Ashley D. Dierker
adierker@toase.com
Texas Bar No. 24065399
Members of the Law Firm of:
Taylor, Olson, Adkins, Sralla
      & Elam, L.L.P.
6000 Western Place, Suite 200
Fort Worth, Texas 76107
Telephone No.: (817) 332-2580
Fax No.: (817) 332-4740

Brady Pendleton
Glen Rose City Attorney
brady@pendletonlawoffices.com
Law Offices of Bradley L. Pendleton
P.O. Box 483
Stephenville, Texas 76401
Telephone No.: (254) 965-4000
Fax No.: (817) 887-3196

**ATTORNEYS FOR APPELLANTS**

# IN THE SEVENTH COURT OF APPEALS
## AT AMARILLO, TEXAS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CITY OF GLEN ROSE, TEXAS and
THE BOARD OF ADJUSTMENT OF THE CITY OF GLEN ROSE, TEXAS,**
*Appellants,*

**v.**

**ERNEST AND SHIRLEY REINKE,**
*Appellees.*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**APPELLANT'S FIRST MOTION FOR
EXTENSION OF TIME TO FILE BRIEF**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO THE HONORABLE JUSTICES OF THE SEVENTH COURT OF APPEALS:

Now comes the City of Glen Rose, Texas, and The Board of Adjustment of the City of Glen Rose, Texas (collectively, Appellants), Appellants before this Court and defendants in the trial court. Appellants move this Court for an order extending time to file their brief. Appellants will show the following in support of this motion:

### 1. Background Facts

The clerk's record was filed August 19, 2015.

### 2. The Extension Requested

If no extension is granted by this Court, the Appellants' opening brief is due on **Monday, September 21, 2015**. Tex. R. App. P. 38.6(c). Appellants seek an extension of time for a period of fourteen (14) days, until and including **Monday,**

1

**October 5, 2015**. This case is not accelerated and has not yet been set for submission.

### 3. Grounds for Extension

A reasonable explanation and good cause for the need for more time to file the brief exists. Since the date the clerk's record was filed, the undersigned counsel has been occupied with numerous other matters, including:

(1)  On September 22, 2015, the case of *City of Carrollton v. Milan Hamrla, et al.*, Case No. 02-15-00119-CV, is set for submission with oral argument to the Second Court of Appeals. The undersigned counsel represents the City of Carrollton and is preparing for argument in that case. The record is extensive (over 3,600 pages in clerk's record and a five-volume reporter's record).

(2)  The undersigned counsel is city attorney for a city that has placed two of its most senior officials on administrative leave pending an investigation this summer. Late August and early September are important to the budget adoption, property tax rate adoption, and the November election cycle for cities, and the undersigned has been busy assisting interim officials with these and related tasks.

(3)  The undersigned counsel represents the Town of Annetta South in the case of *Town of Annetta South, et al. v. Seadrift Development, L.P.*, Case No. 14-1052 before the Texas Supreme Court. Although review has not

been granted, on September 4, 2015, the supreme court requested full briefing on the merits, with Annetta South's brief due on October 4, 2015. The undersigned has begun preparing the brief.

No other attorney in counsel's firm has had sufficient time, appellate expertise and familiarity with this case to prepare the brief. Finally, this is the first extension sought by the undersigned counsel in this case. The requested extension will not unduly delay this case. The extension is not sought for purposes of delay, but so that justice may be done.

## 4. Verification

Verification of this motion is not required pursuant to Rule 10.2 of the Texas Rules of Appellate Procedure because the facts in support of this motion are either within the appellate record, or are within the personal knowledge of the undersigned counsel. Tex. R. App. P. 10.2.

## REQUEST FOR RELIEF

For the reasons stated, Appellants request this Court enter an order granting the requested extension of time. Appellants seek an extension of time for a period of fourteen (14) days, until and including **Monday, October 5, 2015**.

Respectfully Submitted,

/s/ *Fredrick "Fritz" Quast*
Fredrick "Fritz" Quast
fquast@toase.com
Texas Bar No. 24032974
Wayne K. Olson
wolson@toase.com
Texas Bar No. 15276900
Ashley D. Dierker
adierker@toase.com
Texas Bar No. 24065399

Taylor, Olson, Adkins, Sralla
      & Elam, L.L.P.
6000 Western Place, Suite 200
Fort Worth , Texas 76107
(817) 332-2580 - Telephone
(817) 332-4740 - Fax

Brady Pendleton
Glen Rose City Attorney
brady@pendletonlawoffices.com
Law Offices of Brady L. Pendleton
P.O. Box 483
Stephenville, Texas 76401

**ATTORNEYS FOR APPELLANTS**

4

## CERTIFICATE OF CONFERENCE

A conference was held on the merits of this motion on September 17, 2015, between the counsel for Appellees, Stuart V. Neal, and the undersigned counsel for Appellant. This motion is not opposed.

/s/ *Fredrick "Fritz" Quast*
Fredrick "Fritz" Quast

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing motion has been served through the electronic service provider pursuant to Rule 9.5(b) on this day, September 17, 2015, to the following counsel for Appellees:

Stuart V. Neal
snealattorney@hotmail.com
201 East Bridge Street
Granbury, Texas 76048
Phone : (817) 573-9980
Fax: (817) 579-6280
**Attorney for Appellees**

/s/ *Fredrick "Fritz" Quast*
Fredrick "Fritz" Quast

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 9.4(3) of the Texas Rules of Appellate Procedure, the undersigned authority hereby certifies that according to the word processing software used to prepare this filing, the word count of this document is 531.

/s/ *Fredrick "Fritz" Quast*
Fredrick "Fritz" Quast